BRETTELL v. DEFFEBACH *et al.*

(Syllabus by the Court. Opinion filed Oct 2, 1894.)

Appeal from circuit court, Lawrence county. Hon. CHAS. M. THOMAS, Judge.

Action by George E. Brettell against Erasmus Deffebach and John King. From an order setting aside a judgment obtained therein, plaintiff appeals. Affirmed.

*Granville G. Bennett,* for appellant.

*Martin & Mason,* for respondent.

FULLER, J. From an order setting aside a judgment by default this appeal was taken, and submitted on the abstract

and arguments in the case of This Plaintiff v. Deffebach, in which an opinion and decision were filed at this term, and the case is reported in 6 S. D. 21, 60 N. W. 167. The questions of law and fact being the same in each case, the order of the trial court presented by this appeal is affirmed for the reasons given in that opinion.